**LAW OFFICE OF ALAN G. JOHNSON**
**Alan G. Johnson, Esq.**
1510 De Kalb Avenue, Suite 1R
Brooklyn, NY 11237

cell (917) 693-2089
email: alan@alanjohnsonlaw.com

PO Box 451 Greenwich CT 06836-0561

December 21, 2019

Hon. Alfred V. Covello
Abraham Ribicoff Federal Building
United States Courthouse
450 Main Street - Suite 125
Hartford, Connecticut 06103

                                          RE:    Rizhao J&J Manufacturing v.
                                                        New England Outdoor & Recreational Products
                                                        3:19-cv-01985-AVC

Dear Judge Covello,

      I represent the Petitioner in the above-captioned action seeking confirmation of an international arbitral award.

      Per your December 19, 2019 Electronic Order (reminding undersigned counsel about compliance with the courtesy copy requirements), hard copies of the Petition, Exhibits, and supporting memorandum were sent express mail to your chambers for delivery on Monday, December 23, 2019 by noon. Going forward, I will ensure any courtesy copies, where required, will be sent the next business day.

                                                                     Sincerely,

                                                                     LAW OFFICE OF ALN JOHNSON

                                                                     Alan Johnson