UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RIZHAO J&J MANUFACTURING CO. LTD., | : |
| Petitioner | : |
| v. | : Civil No. 3:19-cv-01985 (AVC) |
| NEW ENGLAND OUTDOOR & RECREATIONAL PRODUCTS, LLC, | : |
| Respondent. | : |

## AMENDED JUDGMENT

This action having come before the Court for consideration of the petitioner's motion for an order confirming arbitral award, and

The Court having considered the motion and the full record of the case including applicable principles of law, and having granted the petitioner's motion on April 7, 2020, it is hereby,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the petitioner, in the amount of $1,136,665.26, plus interest at a rate of $335.69 per diem.

Dated at Hartford, Connecticut, this 15th day of September, 2020.

ROBIN D. TABORA, Clerk

By: /s/ Michael Bozek
    Michael Bozek
    Deputy Clerk

Entered on date: 9/15/2020